UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO ARELLANO-VASQUEZ,<br><br>Defendant. | CASE NO.: 18cr1858 JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION/TRIAL SETTING HEARING** |
|---|---|

    **IT IS HEREBY ORDERED** that the joint motion (Docket No. 40) requesting, the Motion /Trial Setting Hearing currently set for May 18, 2018, be continued to *June 15, 2018, at 11:00 a.m*. be GRANTED.

    Time is excluded in accordance with 18 USC Section 3161.

    **IT IS SO ORDERED.**

Dated: May 7, 2018

                                     **JEFFREY T. MILLER**
                                     United States District Judge